IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ARTCRAFT ENTERTAIMENT, INC., | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Case No. 1:18-cv-01060 |
| JAGEX LTD., | ) ) | JURY TRIAL DEMANDED |
| *Defendant.* | ) ) ) | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, ArtCraft Entertainment, Inc. ("ArtCraft"), files this original complaint against defendant, Jagex Ltd. ("Jagex"), and alleges as follows:

### PARTIES

1. Plaintiff, ArtCraft, is a Delaware corporation with its principal place of business in Travis County at 3445 Executive Center Drive, Suite 150, Austin, Texas 78731. ArtCraft is a citizen of the State of Delaware and the State of Texas.

2. Defendant, Jagex, is a foreign limited company organized and existing under the laws of the United Kingdom, whose home office is located at 220 Science Park, Cambridge, CB4 0WA, United Kingdom. Jagex is a citizen or subject of a foreign state.

### JURISDICTION AND VENUE

3. This Court has subject-matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1332(a)(2) because this is a civil action where the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between a citizen of a State and a citizen or subject of a foreign state.

4. This Court has personal jurisdiction over defendant because defendant engaged in business in the State of Texas by contracting with a Texas resident, ArtCraft. That contract between ArtCraft and defendant is the subject of this lawsuit. In that contract, defendant irrevocably consented to the personal jurisdiction of the federal or state courts located in Austin, Texas.

5. Venue is proper in this District because (1) a substantial part of the events giving rise to the claims occurred in this District, and (2) defendant is subject to personal jurisdiction in this District for this lawsuit. *See* 28 U.S.C. § 1391. Indeed, in the contract that is the subject of this lawsuit, defendant irrevocably consented to venue in the federal or state courts located in Austin, Texas.

**FACTS**

6. Plaintiff and defendant entered into a contract effective May 1, 2018. Plaintiff executed the contract on or about May 1, 2018 and defendant executed the contract on or about May 2, 2018.

7. Under the terms of the contract, defendant was required to make certain payments of Maintenance Services Fees to plaintiff.

8. The first required Maintenance Services Fee was payable within 30 days of the beginning of the calendar quarter starting October 1, 2018.

9. ArtCraft sent defendant an invoice for the first required Maintenance Services Fee on or about November 1, 2018. Payment on that invoice was due within thirty (30) days, by December 1, 2018.

10. Defendant failed to make the first required Maintenance Services Fee payment as required by the contract or ArtCraft's invoice.

## COUNT 1—BREACH OF CONTRACT

11. On May 1 and 2, 2018, ArtCraft and defendant executed a valid and enforceable written contract.

12. Until December 7, 2018, ArtCraft fully performed its contractual obligations under its contract with defendant.

13. Defendant has breached, and continues to breach, the contract including but not limited to by failing to make the first scheduled Maintenance Services Fee payment under the contract.

14. Defendant's breaches caused and continue to cause injury to plaintiff, which resulted in damages to ArtCraft. In particular, ArtCraft has suffered at least the following damages: (1) loss of the currently due Maintenance Services Fee payment from defendant to ArtCraft; (2) costs incurred by ArtCraft in anticipation of providing its contractual services to defendant; and (3) lost revenue due to the delay of other of ArtCraft's projects as a result of ArtCraft's efforts to provide its contractual services to defendant.

## DEMAND FOR JURY TRIAL

15. ArtCraft hereby demands a trial by jury on all issues so triable by right.

## PRAYER FOR RELIEF

16. For the foregoing reasons, ArtCraft asks that the Court issue citation for defendant Jagex, Ltd. to appear and answer, and that ArtCraft be awarded a judgment against defendant for the following:

   a. Actual damages;

   b. Incidental and consequential damages;

   c. Prejudgment and postjudgment interest;

   d. Court costs;

e.  Attorney fees;

f.  Return of all property to ArtCraft, and certification of such return, as required by the contract; and

g.  All other relief to which ArtCraft is entitled.

Dated: December 7, 2018

*/s/ Phillip B. Philbin*
Phillip B. Philbin
LEAD ATTORNEY
State Bar No. 15909020
HAYNES AND BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, Texas 75219
Tel.: (214) 651-5000
Fax: (214) 651-5940
Email: phillip.philbin@haynesboone.com

Catherine Robb
State Bar No. 24007924
HAYNES AND BOONE, LLP
600 Congress Avenue
Suite 1300
Austin, Texas 78701
Tel.: (512) 867-8421
Fax: (512) 867-8611
Email: catherine.robb@haynesboone.com

*Attorneys for Plaintiff*
*ArtCraft Entertainment, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 7, 2018, I electronically submitted the foregoing document with the clerk of the United States District Court for the Western District of Texas, using the electronic case management system of the Court.

*/s/ Phillip B. Philbin*
Phillip B. Philbin
